*[Submitting Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:20-cv-08278-WHO |
| This Document Relates to:<br><br>*Noah Maitland v. Juul Labs, Inc., et al.,*<br>*Case No. 3:20-cv-08278-WHO* | **JOINT STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF NOAH MAITLAND'S CLAIM WITHOUT PREJUDICE** |

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal without Prejudice of Plaintiff Noah Maitland's action captioned as Noah Maitland v. Juul Labs, Inc., et al., Case No. 3:20-cv-08278-WHO, with each party to bear its own attorney's fees and costs.

Dated August 23, 2022                                   Respectfully submitted,

By: /s/ Pierce N. Giboney                               By: /s/ Edward A. Wallace

Pierce N. Giboney, FL Bar 124704                        Edward A. Wallace
**GUNSTER, YOAKLEY & STEWART, P.A.**                    **WALLACE MILLER**
1 Independent Drive, Suite 2300                         150 N. Wacker Dr., Suite 1100
Jacksonville, FL 32202                                  Chicago, IL 60606
Telephone: (904) 350-7168                               Telephone: (312) 261-6193
Facsimile: (904) 354-2170
pgiboney@gunster.com
(*pro hac vice*)

                                                        By: /s/ Erin Dickinson

Gregory P Stone, SBN 78329                              Erin Dickinson
Bethany W. Kristovich, SBN 241891                       **CRUEGER DICKINSON LLC**
**MUNGER, TOLLES & OLSON LLP**                          4532 N. Oakland Ave.,
350 South Grand Avenue, Fiftieth Floor                  Whitefish Bay, WI 53211
Los Angeles, California 90071-3426                      Telephone: (414) 210 3868
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
gregory.stone@mto.com
bethany.kristovich@mto.com

                                                        By: /s/ Greg Coleman

Renee D. Smith (*pro hac vice*)                         Greg Coleman
**KIRKLAND & ELLIS LLP**                                **MILBERG COLEMAN BRYSON**
300 N. LaSalle Street                                   **GROSSMAN**
Chicago, IL 60654                                       800 S. Gay St., Suite 1100
Telephone: (312) 862-2000                               Knoxville, TN 37929
Facsimile: (312) 862-2200                               Telephone: (866) 252-0878
renee.smith@kirkland.com

                                                        *Attorneys for Plaintiff Noah Maitland*

Peter A. Farrell, P.C. (*pro hac vice*)
David M. Bernick
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200

peter.farrell@kirkland.com
David.bernick@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(1), I, Abigail Hernandez, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

                                                       */s/ Abigail Hernandez*
                                                       Abigail Hernandez

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff Noah Maitland's action captioned as *Noah Maitland v. Juul Labs, Inc., et al.,* Case No. 3:20-cv-08278-WHO, is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:   August 30, 2022



HONORABLE WILLIAM H. ORRICK
United States District Judge